UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RICARDO VELASQUEZ,

                Plaintiff,

           -against-

801 SOUTHERN BLVD RESTAURANT CORP., et al.,

                Defendants.

------------------------------------------------------------x

21-CV-8968 (PGG) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Plaintiff's request to adjourn the conference scheduled for January 18, 2022 in light of Defendants' non-appearance. (ECF 12). The application is **GRANTED**. The initial case management conference is rescheduled to February 16, 2022 at 3:00 pm in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to refer to ECF 9 for additional information.

The Clerk of Court is respectfully directed to close ECF 12.

**SO ORDERED.**

                                                                     *s/ Ona T. Wang*

Dated: January 13, 2022                                   **Ona T. Wang**
      New York, New York                     United States Magistrate Judge